ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Vectrus Systems Corporation | ) ASBCA Nos. 63472-ADR, 63523-ADR |
| | ) |
| Under Contract No. FA3002-17-C-0001 | ) |

APPEARANCES FOR THE APPELLANT: Joseph G. Martinez, Esq.
Mikaela R. Colvin, Esq.
Natalie M. Seelig, Esq.
  Dentons US LLP
  Denver, CO

APPEARANCES FOR THE GOVERNMENT: Caryl A. Potter III, Esq.
  Air Force Deputy Chief Trial Attorney
Christian Robertson II, Esq.
  Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE ARNETT

The parties have resolved their dispute and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $162,000. This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: February 21, 2024

LAURA J. ARNETT
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                                          I concur

_____                           _____
OWEN C. WILSON                                     MICHAEL N. O'CONNELL
Administrative Judge                               Administrative Judge
Acting Chairman                                    Vice Chairman
Armed Services Board                               Armed Services Board
of Contract Appeals                                of Contract Appeals


     I certify that the foregoing is a true copy of the Opinion and Decision of the
Armed Services Board of Contract Appeals in ASBCA Nos. 63472-ADR, 63523-ADR,
Appeals of Vectrus Systems Corporation, rendered in conformance with the Board's
Charter.

     Dated:  February 22, 2024


_____
PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2